

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00608-CR

Kevin **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR0685
Honorable Steve Hilbig, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 13, 2016.

_____
Patricia O. Alvarez, Justice